BELTING & MACHINERY CO. v. CITY OF CORNING. (Supreme Court, Appellate

Division, Fourth Department. October 22, 1914.) Action by the Belting & Machinery Company against the City of Corning. No opinion. Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs.